# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 28, 2018

## NO.  03-18-00556-CV

**K. J., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY**
**BEFORE  JUSTICE ROSE, JUSTICES FIELD AND TOTH**
**AFFIRMED -- OPINION BY  JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on August 6, 2018.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.